RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/9/06
BY OM

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| LENDELL MARKS | CIVIL ACTION NO. 05-2065-P |
| VERSUS | JUDGE STAGG |
| WARDEN JOSEPH WIGGINS | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law;

IT IS ORDERED that Petitioner's petition is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, in chambers, at Shreveport, Louisiana, on this 9th day of June 2006.

TOM STAGG
UNITED STATES DISTRICT JUDGE